Matthew E. Lee*
Jeremy R. Williams*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
mlee@milberg.com
jwilliams@milberg.com

Counsel for Plaintiffs
* admitted *pro hac vice*

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK COMIN and MARK BRIGGS, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>**Defendant.** | Case No. 3:19-cv-07261-JD<br><br>**AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF CLASS NOTICE AND INCORPORATED MEMORANDUM OF LAW**<br><br>Date:   February 23, 2023<br>Time:   10:00 AM<br>Ctrm:   11 |

Matthew E. Lee*
Mark R. Sigmon*
Jeremy R. Williams*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
mlee@milberg.com
msigmon@milberg.com
jwilliams@milberg.com

Alex R. Straus (SBN: 321366)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 Beverly Hills Drive
Beverly Hills, CA 90212
Telephone:     917-471-1894
Facsimile:     310-496-3176
astraus@milberg.com

Kent A. Bronson*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY  11530
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
kbronson@milberg.com

*Attorneys for Plaintiffs*


          *Admitted pro hac vice

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Cindi L. Ritchey (State Bar No. 216899)
critchey@jonesday.com
**JONES DAY**
4655 Executive Drive, St. 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178
Email: critchey@jonesday.com

Justin Barnes*
**JACKSON LEWIS**
171 17th Street, NW, Suite 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Email: Justin.barnes@jacksonlewis.com

*Attorneys for Defendant*

Case No. 3:19-cv-07261-JD
AMENDED JOINT MOTION FOR
PRELIMINARY APPROVAL

1   **TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

2          **PLEASE TAKE NOTICE** that on February 23, 2023 at 10:00 a.m., or as soon thereafter

3   as this matter may be heard, in Courtroom 11, 19th Floor, before the Honorable James Donato,

4   Plaintiffs Mark Comin and Mark Briggs (collectively, "Plaintiffs") and Defendant International

5   Business Machines Corporation ("IBM") respectfully move this Court for preliminary approval of

6   the class action Settlement reached in this case, the terms of which the Parties describe more

7   specifically below, in addition to the Memorandum of Points and Authorities in support of the

8   parties Joint Motion for Preliminary Approval (Dkt No. 126).

9          The Parties request that the Court enter the proposed Preliminary Approval Order and:

10         1.      Preliminarily approve the Settlement;

11         2.      Appoint Mark Comin as the Class Representative and Briggs as the PAGA

12                 Representative;

13         3.      Appoint Milberg Coleman Bryson Phillips Grossman, PLLC as Settlement Class

14                 Counsel;

15         4.      Certify the Class and Subclass for settlement purposes only;

16         5.      Approve the proposed Notice of Class Action Settlement ("Class Notice")(filed at

17                 Dkt. No. 130-2) and direct the mailing and emailing of the Class Notice to the Class

18                 and Subclass; and

19         6.      Schedule a Final Approval Hearing.

20         The Parties base the motion on the following documents: this Notice of Motion and Motion;

21   the accompanying Memorandum of Points and Authorities; the Notice of Motion and Motion at

22   Dkt No. 126; the Memorandum of Points and Authorities at Dkt No. 126; the Settlement Agreement

23   (Dkt. No. 126-2); the Supplemental Joint Motion at Dkt. 130; the pleadings, record, and other

24   filings in the case; and the other oral and written points, authorities, and evidence that the parties

25   presented at the October 6, 2022 hearing on the Motion at Dkt No. 126 and at the January 12, 2023

26   hearing on the Motion at Supplemental Joint Motion at Dkt. 130.

27

28

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

2

**I.     INTRODUCTION**

3     At the October 6, 2022 hearing on the Parties' Joint Motion for Preliminary Approval of

4   the settlement in this litigation, the Court asked the Parties to submit a supplemental brief

5   addressing the following four issues:

6         1.  Providing notice of the proposed settlement to Class Members via email with U.S. mail

7             as a supplemental form of notice;

8         2.  The scope of the proposed release of claims, specifically with respect to Labor Code

9             Sections 201-204, 226, 226.3, 558, 1174, 1194, 1197, 1197.1, 1198, and 2698 et seq.;

10        3.  The proposed deadlines for class members to object to or opt out of the settlement and

11            for class counsel to file any motion for attorneys' fees; and

12        4.  Whether payments could be made via direct deposit to current employees.

13    The Parties addressed these issues by way of a Supplemental Joint Motion for Preliminary

14  Approval filed on October 20, 2022. (Dkt. 130). At the January 12, 2023 hearing on the Parties'

15  Supplemental Joint Motion, the Court was satisfied with the Parties' responses with respect to the

16  scope of the release and the deadlines for class members to object/opt out, and for class counsel to

17  move for attorneys' fees. However, the Court continued to raise concerns that, for Settlement Class

18  members who are current IBM employees, the Parties had not agreed to: (1) also issue Class Notice

19  to them via their IBM email addresses; and (2) issue settlement payments to them by direct deposit

20  if that is how they receive their IBM pay checks. In response to the Court's concerns, and to

21  maintain the resolution reached in this matter, the Parties agreed to provide notice of the proposed

22  settlement via work email addresses for current employees, and to send settlement payments via

23  direct deposit to current IBM employees who receive their regular paychecks via direct deposit. In

24  conformance with the Court's order and directions, the Parties now submit this Amended Motion

25  for preliminary approval, along with a proposed order.

26

27

28

## II.  SUPPLEMENTAL INFORMATION IN SUPPORT OF AMENDED MOTION FOR PRELIMINARY APPROVAL

### A.  NOTICE TO CLASS MEMBERS VIA EMAIL

In response to the Court's preference that email be the primary form of notice, with U.S. mail as a supplemental form of notice (*see* Dkt. 129 and 133), the Parties state that they have agreed to provide notice not only by U.S. mail as specified in the Settlement Agreement, but also, with respect to current employees, via email to the class members' work email addresses. With respect to former employees, the parties will, in addition to U.S. mail, provide notice via the class members' last known personal email addresses where available.  IBM notes that it does not regularly maintain personal email addresses of employees in the ordinary course of business. IBM will conduct a diligent search of its HR system of record and provide last known personal email addresses, where available, as part of the Confidential Class List provided to the Settlement Administrator under the Settlement Agreement.  For any Class Members for whom IBM could not locate a personal email address in its records, the Settlement Administrator will conduct an email append search using that Class Member's name and last known address as provided in the Confidential Class List.  Email address appending searches use names and physical addresses to search for email addresses that match the individual's name and physical address in content databases sourced from lawfully collected consumer-provided data.  The Settlement Administrator will send an account ping test to the email address's service provider to check that it is valid and accepting messages as part of this process.  IBM will separately pay for the additional costs incurred by the Settlement Administrator for sending notice via email, including the costs of email appending services.  The Parties propose that the email notice include the text of the class notice in the body of the email, with the subject line: "Comin et al. v. IBM: Class Action Settlement Notice." The Parties agree that providing notice via these methods –U.S. Mail and email—as described herein and in the Settlement Agreement, fulfills the requirements of Rule 23 of the Federal Rules of Civil Procedure.

### B.  DIRECT DEPOSIT

In response to the Court's concerns and stated preference that current employees receive settlement checks via direct deposit (*see* Dkt. 129 and 133), the parties state that they have agreed

to make settlement payments for current employees through direct deposit, provided that it is the current method by which the employee receives payments for wages. IBM will coordinate with the Parties' mutually selected third party Settlement Administrator, KCC, to effectuate direct deposit settlement payments to class members who are current employees receiving direct deposits.

As to class members who are former employees or current employees who have not signed up for direct deposits, IBM is not administering the Settlement itself and will make no payments directly to them.  Rather, KCC will be responsible for distributing notice and settlement payments to them as well as handling the tax reporting associated with those payments.

### III.    CONCLUSION

For the foregoing reasons, and those stated in the Joint Motion for Preliminary Approval (Dkt No. 126), and at the October 6, 2022 and January 12, 2023 hearings, the Parties respectfully request that the Court grant this Amended Motion for Preliminary Approval of the Settlement and for certification of the proposed Settlement Class for settlement purposes only, and enter the proposed Preliminary Approval Order accompanying this Motion.

Respectfully submitted,

Dated: January 18, 2023

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By:/s/ Matthew E. Lee
Matthew E. Lee

Attorneys for Plaintiffs

MARK COMIN AND MARK BRIGGS

Dated: January 18, 2023

JONES DAY

By:/s/ Cindi L. Ritchey
Cindi L. Ritchey

Attorneys for Defendant

INTERNATIONAL BUSINESS MACHINES
CORPORATION

## **SIGNATURE ATTESTATION**

I, Cindi Ritchey, hereby attest that all other signatories listed, and on whose behalf the

filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 18, 2023

JONES DAY

By:/s/ Cindi L. Ritchey
Cindi L. Ritchey

Attorneys for Defendant

INTERNATIONAL BUSINESS MACHINES
CORPORATION